**Edward MITCHELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 65309.**

Missouri Court of Appeals,
Western District.

Feb. 27, 2007.

Jeannie M. Willibey, Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

---

Before SMART, P.J., SMITH and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Edward Mitchell appeals from the denial of his Rule 29.15 motion for post-conviction relief. Upon review of the briefs and the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 84.16(b).